# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  June 03, 2010

Mr. Jon Hall
#238941
Riverbend Maximum Security Institution
7475 Cockrill Bend Industrial Road
Nashville, TN 37209

Mr. Michael J. Passino
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203

Mr. Andrew H. Smith
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

Re:  Case No. 10-5658 , *Jon Hall v. Ricky Bell*
Originating Case No. : 05-01199

Dear Counsel and Mr. Hall:

This appeal has been docketed as case number **10-5658** with the caption that is enclosed on a separate page.

Since the District Court has certified that an appeal would not be taken in good faith, the $455 filing fee must be paid to the district court **or** an IFP motion must be received in this Court no later than **July 2, 2010**.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 17, 2010** .

Appellant:    Appearance of Counsel
IFP motion


Appellee:    Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)


<u>Since this is a Death Penalty case, all filings must be prominently identified as such</u>.  A briefing schedule will be issued after the District Court and Court of Appeals have ruled separately on a certificate of appealability.  You may request the Court of Appeals to issue a certificate of appealability on any issue rejected by the District Court.

Sincerely yours,


s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034
Fax No. 513-564-7096

cc:  Mr. Thomas M. Gould

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 10-5658**

JON HALL

      Petitioner - Appellant

v.

RICKY BELL

      Respondent - Appellee