IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

*FILED BY*

*JUL 14 2005*

*Thomas M. Gould, Clerk*
*U. S. District Court*
*W. D. OF TN, Jackson*

| | | |
|---|---|---|
| JON HALL | ) | |
| | ) | No. 1-05-1199 -TM |
| Applicant | ) | |
| | ) | |
| vs. | ) | Death Penalty Case |
| | ) | |
| RICKY BELL, Warden, Riverbend | ) | |
| Maximum Security Institution | ) | |
| | ) | |
| Respondent | ) | |

## MOTION TO PROCEED IN FORMA PAUPERIS

Pursuant to 28 U.S.C. §1915, Applicant Jon Hall respectfully moves this Court for leave to proceed *in forma pauperis.* In these proceedings, Applicant is requesting appointment of counsel under 21 U.S.C. §848 to prepare and file a petition for writ of habeas corpus under 28 U.S.C. §2254. A copy of a pauper's affidavit is attached in support of the request to proceed *in forma pauperis.* Applicant is in the process of securing from prison officials a certified statement concerning the funds he has in his trust account. Jon Hall will supplement this motion with that information once it is received.

WHEREFORE, the motion should be granted.

Respectfully Submitted,

*Jon D. Hall*

Jon Hall #238941
Unit II
Riverbend Maximum Security Institution
7475 Cockrill Bend Industrial Road
Nashville, Tennessee 37209

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded by first-class mail, postage prepaid to the Office of the Attorney General, 425 5th Avenue North, Nashville, Tennessee 37243, on this *13th* day of ~~June~~ *July* 2005.

*Paul R Potter*

AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____  District of  _____

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  _Riverbend Maximum Security     Institution_

    Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months'
    transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
        and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
        and pay period and the name and address of your last employer.
        _2001, Tricor, $100/mo. minus court costs, etc., leaving $5/month_

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
    amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?        ☐ Yes        ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   *N/A*

I declare under penalty of perjury that the above information is true and correct.

_6/27/05_
Date

_Jon D. Hall_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

FILED BY

JUL 1 4 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

| | | |
|---|---|---|
| JON HALL, | ) | |
| | ) | |
| Petitioner-Applicant | ) | No. _____ |
| | ) | |
| vs. | ) | Death Penalty Case |
| | ) | 1 - 05 - 1 1 9 2 - T N |
| RICKY BELL, Warden, Riverbend | ) | |
| Maximum Security Institution | ) | |
| | ) | |
| Respondent | ) | |

<u>INMATE TRUST ACCOUNT STATEMENT</u>

Attached in support of Petitioner's motion to proceed *in forma pauperis* is his certified trust

fund statement.

Respectfully Submitted,

Jon Hall #238941
Riverbend Maximum Security Institution
7475 Cockrill Bend Industrial Blvd.
Nashville, Tennessee 37209

3

CERTIFICATE OF SERVICE

I certify that I have sent a copy of the foregoing via first-class mail to the Office of the Attorney General, 425 5th Avenue North, Nashville, Tennessee 37243.

Date: _7-13-05_____

_Paul R Potter_____

Account:   00238941  HALL, JOHN                          Actual Site:   RMSI
Status:    ACTV  Sex:  M Race:   W Age:    40             Assigned Site:  RMSI
Current Balance:                Pending Balance:

|   | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|-----------|--------|------------------------------|---|---|------------|----------------|-------------|
|   | 01/02/2002 | 1 | D | COM | 5.00 | RMSI |        |       |
|   | 12/20/2001 | 1 | D | FEE | 3.59 | RMSI | 5.00   |       |
|   | 12/13/2001 | 1 | C | CHK | 8.59 | RMSI | 8.59   |       |
|   | 11/01/2001 | 1 | D | POS | 0.17 | RMSI |        |       |
|   | 09/20/2001 | 1 | D | COM | 4.83 | RMSI | 0.17   |       |
|   | 09/11/2001 | 2 | D | FEE | 0.03 | RMSI | 5.00   |       |
|   | 09/11/2001 | 1 | C | PMO | 5.00 | RMSI | 5.03   |       |
|   | 08/30/2001 | 1 | D | COM | 0.10 | RMSI | 0.03   |       |
|   | 08/02/2001 | 1 | D | COM | 4.87 | RMSI | 0.13   |       |
|   | 08/01/2001 | 2 | D | FEE | 0.02 | RMSI | 5.00   |       |

Search:
NEXT FUNCTION:        DATA:
F1-HELP     F8-PAGEDOWN  F9-QUIT      F11-SUSPEND

TOP OF LIST

Linda Pollock
Trust Fund
@ RMSI
7-6-05