
LEONARD GREEN, Clerk

READ INSTRUCTIONS ON THE NEXT PAGE
**TRANSCRIPT ORDER**

List on this form all transcript you are ordering from one court reporter.
Use a separate form for each reporter and docket each form separately in the Sixth Circuit ECF database.

District Court _Wester Dist East Div, Tenn_ District Court Docket Number _1:05-CV-01199-JDB_ ~cgb

Short Case Title _Jon Hall v. Ricky Bell_

Date Notice of Appeal Filed by Clerk of District Court _6/14/10_     COA# _10-5658_

**PART 1** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDERED).

A. Complete one of the following:
- [ ] No Hearings
- [ ] Transcript is unnecessary for appeal purposes
- [x] Transcript is already on the file in District Court Clerk's Office
- [ ] This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

|  | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings |  |  |  |
| Testimony (specify witnesses) |  |  |  |
| Other (specify) |  |  |  |

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24

- [ ] Voir Dire
- [ ] Jury Instructions
- [ ] Opening statement of plaintiff
- [ ] Closing argument of plaintiff
- [ ] Opening statement of defendant
- [ ] Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. This method of payment will be:
- [ ] Criminal Justice Act (Attach copy of CJA Form 24)
- [ ] Private Funds
  Date:

Signature _Jon Hall_   Print Name _Jon D. Hall_   Counsel for _Petitioner_

Address _RMSI U-2 D-103 7475 Cockrill Bend Bl_ Telephone _615-350-3100_
_Nash. Tn. 37209-1048_

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of the date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

Arrangements for payment were made on
Arrangements for payment have not been made pursuant to FRAP (10)(b)

_____   _____   _____
Date       Signature of Court Reporter     Telephone

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages       Actual Number of Volumes

_____       _____
Date       Signature of Court Reporter

Case: 10-5658     Document: 24     Filed: 07/02/2010     Page: 1